# In the United States District Court
# For the Southern District of Georgia
# Brunswick Division

| | | |
|---|---|---|
| LINNIE TYLER JONES, | * | |
| | * | |
| Plaintiff, | * | CIVIL ACTION NO.: 2:15-cv-45 |
| | * | |
| v. | * | |
| | * | |
| SGT. CEDERICK FRAZIER; SGT. ROBERT STRICKLAND; LT. STEPHANIE PADGETT; and GLYNN COUNTY DETENTION CENTER, | * * * * * | |
| Defendants. | * | |

## ORDER

After an independent and *de novo* review of the record, the undersigned concurs with the Magistrate Judge's December 28, 2015, Report and Recommendation, dkt. no. 15, to which objections have been filed, dkt. no. 16. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge is as the opinion of the Court and **OVERRULES** Plaintiff's Objections.

The Court **DISMISSES** Plaintiff's claims against Defendant Glynn County Detention Center. Plaintiff's claims against

Defendants Cederick Frazier, Robert Strickland, and Stephanie Padgett remain pending.

**SO ORDERED**, this 25 day of January, 2016.

_____
LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA